NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3248

MAYBELL SMITH,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in DA831E080476-I-1.

ON MOTION

## O R D E R

Upon consideration of Maybell Smith's motion to reinstate her petition for review,

IT IS ORDERED THAT:

(1)     The motion is granted.  The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.

(2)     The court will treat the "petitioner's abstract," submitted with Smith's motion to reinstate, as her appendix.

FOR THE COURT

__MAR 2 6 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Sheila F. Campbell, Esq.
        Christopher A. Bowen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 6 2010

JAN HORBALY
CLERK